**No. 11-5992. Olance Antjuan Upton, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 360, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 7058.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 680.

**No. 11-5998. Jevon Raynard Nicholson, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 360, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 7080.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 228.

**No. 11-6000. Vasile Graure, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 360, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 7119.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 18 A.3d 743.

**No. 11-6001. John W. Halloran, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 360, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 6923.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 425 Fed. Appx. 429.

**No. 11-6003. Kevin L. Hite, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 361, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 6773.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 418 Fed. Appx. 546.

**No. 11-6004. Carl Halcomb, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 361, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 6925.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 424 Fed. Appx. 447.

**No. 11-6006. Julio Adalberto Flores-Vasquez, Petitioner v. United States.**

565 U.S. 927, 132 S. Ct. 361, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 7061.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 641 F.3d 667.

**No. 11-6008. Douglas E. Campbell, Petitioner v. Claude Maye, Warden.**

565 U.S. 927, 132 S. Ct. 361, 181 L. Ed. 2d 228, 2011 U.S. LEXIS 7024.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 382.